USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAHEEM JONES,

Defendant.

No. S6 17 CR 644-06 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

A review of the docket reveals that, Defendant Raheem Jones ("Defendant Jones"), along with several other co-defendants, was originally charged in a four-count indictment in October 2017 with, *inter alia*, participating in a racketeering conspiracy as a member and associate of an organization known as the "Goonies" or "Goon Squad." (Indictment, ECF No. 2.) Subsequently, in September 2020, Defendant Jones was charged in a two-count superceding indictment with racketeering conspiracy, conspiracy to commit murder in the aid of racketeering, murder in the aid of racketeering and multiple other felonies. (S6 Indictment, ECF No. 269.) Following motion practice, the instant matter was scheduled for trial in November 2020. By letter dated October 29, 2020, Defendant's counsel informs that her client, Defendant Jones, is prepared to plea guilty pursuant to a written plea offer. (ECF No. 287.) The plea offer, however, is contingent upon there being a written acceptance and an immediate plea allocution.

In light of the ongoing COVID-19 Pandemic, and in order to comply with social distancing protocols, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Jones should be permitted to be plea as expeditiously as possible by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the Defendant's plea hearing be referred to the Magistrate Judges as expeditiously as possible for the purpose of conducting hearing and that said

proceeding be conducted by video teleconference or by telephone conference (if video conference is unavailable).

Clerk of Court requested to terminate the motion (ECF No. 287).

Dated: October 30, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge