**MEMO ENDORSED**

LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

February 12, 2021

<u>Via ECF & Email</u>
The Honorable Nelson S. Roman
United States District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, N.Y. 10601-4150

Re: United States v. Overton, Jones, et al
    17cr 644(NSR)-06

Dear Judge Roman:

>  Deft's request to adjourn the in-person Sentencing from Feb. 25, 2021 until May 28, 2021 at 11:00 am or, alternatively, May 27, 2021 at 11:00 am is granted upon consent of the Gov't. Clerk of Court requested to terminate the motion (doc. 343).
>  Dated: Feb. 19, 2021
>  SO ORDERED:
>  HON. NELSON S. ROMAN
>  UNITED STATES DISTRICT JUDGE

    I represent Mr. Jones in the above referenced matter. With the consent of the Government, I respectfully request Mr. Jones' plea now scheduled for February 25, 2021 be adjourned to date and time in May convenient for the Court. Mr. Jones' has requested that his sentencing proceeding be in-person and he is willing to wait to be sentenced until we can all appear safely before the Court.

Respectfully,
  /s/
Donna R. Newman
Cc: All parties via ECF
    Raheem Jones via first class mail



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021